1  JOSEPH P. MCMONIGLE, State Bar No. 66811
   GLEN R. OLSON, State Bar No. 111914
2  DAVID P. NEMECEK, JR. State Bar No. 194402
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2222
   Facsimile:   (415) 397-6392
5  jmcmonigle@longlevit.com
   golson@longlevit.com
6  dnemecek@longlevit.com

7  Attorneys for Defendant
   AGCS MARINE INSURANCE CO.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 CENTURY ALUMINUM COMPANY, a       Case No. CV 11 2514 EMC
   Delaware Corporation; NORDURAL EHF,
14 an Icelandic Corporation,          **STIPULATION TO ENLARGE TIME TO**
                                      **RESPOND TO COMPLAINT** ; ORDER
15         Plaintiff,

16 v.

17 AGCS MARINE INSURANCE CO., an
   Illinois Corporation,
18
           Defendant.
19

20     Pursuant to Northern District of California Rule 6-1(a), the undersigned parties hereby

21 stipulate and agree to the following enlargement of time for defendant AGCS Marine Insurance

22 Co. ("AGCS") to respond to the Complaint filed by plaintiffs Century Aluminum Co. and

23 Nordural ehf (collectively "plaintiffs") in this matter.

24     **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

25     1.   AGCS shall have an extension of time to respond to plaintiffs' complaint up to

26 and including July 15, 2011.

27     2.   Nothing in this stipulation affects any deadlines already fixed by order of this

28

1 | Court.

2 | **IT IS SO STIPULATED.**

3

4 | Dated: July 14, 2011                    LONG & LEVIT LLP

5

6 | By: _/s/ Joseph P. McMonigle_
JOSEPH P. MCMONIGLE
7 | GLEN R. OLSON
DAVID P. NEMECEK, JR.
8 | Attorneys for Defendant
AGCS MARINE INSURANCE CO.

9

10 | JONES DAY

11

12 | Dated: July 14, 2011                    By: _/s/ Martin H. Myers_
13 | MARTIN H. MYERS
DOUGLAS ROBERTS
14 | Attorneys for Plaintiffs CENTURY
ALUMINUM CO. AND NORDURAL EHF

15

16

DOCS:593870.1

17

18

19 | IT IS SO ORDERED:

20

21 | _____
Edward M. Chen
22 | U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

23

24

25

26

27

28

LONG & LEVIT LLP
ATTORNEYS AT LAW
SAN FRANCISCO