1 | JOSEPH P. MCMONIGLE, State Bar No. 66811
  | GLEN R. OLSON, State Bar No. 111914
2 | DAVID P. NEMECEK, JR., State Bar No. 194402
  | LONG & LEVIT LLP
3 | 465 California Street, 5th Floor
  | San Francisco, California 94104
4 | Telephone:   (415) 397-2222
  | Facsimile:   (415) 397-6392
5 | jmcmonigle@longlevit.com
  | golson@longlevit.com
6 | dnemecek@longlevit.com

7 | JOHN A.V. NICOLETTI
  | ROBERT A. NOVAK
8 | MICHAEL J. CARCICH
  | NICOLETTI, HORNIG & SWEENEY
9 | Wall Street Plaza
  | 88 Pine Street
10 | New York, New York 10005-1801
   | Telephone: (212) 220-3830
11 | Facsimile: (212) 220-3780
   | jnicoletti@nicolettihornig.com
12 | rnovak@nicolettihornig.com
   | mcarcich@nicolettihornig.com
13
   | Attorneys for Defendant
14 | AGCS MARINE INSURANCE CO.

RECEIVED
2011 SEP 21 P 1:17
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation, | Case No. CV 11 2514 EMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION OF JOHN A.V. NICOLETTI FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |
| v. | |
| AGCS MARINE INSURANCE CO., an Illinois Corporation, | |
| Defendant. | |

John A.V. Nicoletti, an active member of the Bar of the State of New York, whose

1  business address and telephone number is:

2      Nicoletti, Hornig & Sweeney
3      Wall Street Plaza
    88 Pine St.
4      New York, NY 10005-1801
    Telephone: (212) 220-3830
5      Facsimile: (212) 220-3780

6      Having applied in the above-entitled action for admission to practice in the Northern
7  District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance
8  Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3.
9  All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon
10  and communication with co-counsel designated in the application will constitute notice to the
11  party. All future filings in this action are subject to the requirements contained in General Order
12  No. 45 - Electronic Case Filing.

13  
14  Dated:   9/23/11

                                      EDWARD M. CHEN
15                                        United States

16  
17  Submitted by:

18  
19  Dated: September 1, 2011
                                      Glen R. Olson
20                                        LONG & LEVIT LLP
                                      465 California Street, 5th Floor
21                                        San Francisco, California 94104
                                      Telephone: (415) 397-2222
22                                        Facsimile: (415) 397-6392
                                      golson@longlevit.com
23  
                                      Attorneys for Defendants
24                                        AGCS Marine Insurance Co.

25  
26  
27  
28  

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1     Dated: September 12, 2011

*[signature: John A.V. Nicoletti]*

John A.V. Nicoletti
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com

Attorneys for Defendants
AGCS Marine Insurance Co.

LONG & LEVIT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

CV 11 2514 EMC - [PROPOSED] ORDER
GRANTING *PRO HAC VICE* APPLICATION