1  JOSEPH P. MCMONIGLE, State Bar No. 66811
   GLEN R. OLSON, State Bar No. 111914
2  DAVID P. NEMECEK, JR., State Bar No. 194402
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2222
   Facsimile:   (415) 397-6392
5  jmcmonigle@longlevit.com
   golson@longlevit.com
6  dnemecek@longlevit.com

7  JOHN A.V. NICOLETTI
   ROBERT A. NOVAK
8  MICHAEL J. CARCICH
   NICOLETTI, HORNIG & SWEENEY
9  Wall Street Plaza
   88 Pine Street
10 New York, New York 10005-1801
   Telephone: (212) 220-3830
11 Facsimile: (212) 220-3780
   jnicoletti@nicolettihornig.com
12 rnovak@nicolettihornig.com
   mcarcich@nicolettihornig.com
13
   Attorneys for Defendant
14 AGCS MARINE INSURANCE CO.

RECEIVED
2011 SEP 21  P 1: 17
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV 11 2514 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JOHN A.V. NICOLETTI FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |

John A.V. Nicoletti, an active member of the Bar of the State of New York, whose

1  business address and telephone number is:

2      Nicoletti, Hornig & Sweeney
3      Wall Street Plaza
    88 Pine St.
4      New York, NY 10005-1801
    Telephone: (212) 220-3830
5      Facsimile: (212) 220-3780

6      Having applied in the above-entitled action for admission to practice in the Northern

7  District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance

8  Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3.

9  All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon

10 and communication with co-counsel designated in the application will constitute notice to the

11 party. All future filings in this action are subject to the requirements contained in General Order

12 No. 45 - Electronic Case Filing.

13
14 Dated: 9/23/11

15                                   EDWARD M. CHEN
                                  United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

16
17 Submitted by:

18
19 Dated: September [?], 2011

                                  Glen R. Olson
20                                 LONG & LEVIT LLP
                                465 California Street, 5th Floor
21                                 San Francisco, California 94104
                                Telephone: (415) 397-2222
22                                 Facsimile: (415) 397-6392
                                golson@longlevit.com

23                                 Attorneys for Defendants
24                                 AGCS Marine Insurance Co.

25
26
27
28

1 | Dated: September 12, 2011

*John A.V. Nicoletti*
John A.V. Nicoletti
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York  10005-1801
Telephone:  (212) 220-3830
Facsimile:  (212) 220-3780
jnicoletti@nicolettihornig.com

Attorneys for Defendants
AGCS Marine Insurance Co.