1 | JOSEPH P. MCMONIGLE, State Bar No. 66811
GLEN R. OLSON, State Bar No. 111914
2 | DAVID P. NEMECEK, JR., State Bar No. 194402
LONG & LEVIT LLP
3 | 465 California Street, 5th Floor
San Francisco, California 94104
4 | Telephone: (415) 397-2222
Facsimile: (415) 397-6392
5 | jmcmonigle@longlevit.com
golson@longlevit.com
6 | dnemecek@longlevit.com

7 | JOHN A.V. NICOLETTI
ROBERT A. NOVAK
8 | MICHAEL J. CARCICH
NICOLETTI, HORNIG & SWEENEY
9 | Wall Street Plaza
88 Pine Street
10 | New York, New York 10005-1801
Telephone: (212) 220-3830
11 | Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com
12 | rnovak@nicolettihornig.com
mcarcich@nicolettihornig.com

Attorneys for Defendant
AGCS MARINE INSURANCE CO.

RECEIVED 2011 SEP 21 P 1:17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV 11 2514 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF MICHAEL J. CARCICH FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |

Michael J. Carcich, an active member of the Bar of the State of New York, whose

1 business address and telephone number is:

2     Nicoletti, Hornig & Sweeney
3     Wall Street Plaza
    88 Pine St.
4     New York, NY 10005-1801
    Telephone: (212) 220-3830
5     Facsimile: (212) 220-3780

6     Having applied in the above-entitled action for admission to practice in the Northern
7 District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance
8 Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3.
9 All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon
10 and communication with co-counsel designated in the application will constitute notice to the
11 party. All future filings in this action are subject to the requirements contained in General Order
12 No. 45 - Electronic Case Filing.

13 Dated: 9/23/11

    IT IS SO ORDERED
    Judge Edward M. Chen

17 Submitted by:

18 Dated: September 19, 2011

19 Glen R. Olson
20 LONG & LEVIT LLP
    465 California Street, 5th Floor
21 San Francisco, California 94104
    Telephone: (415) 397-2222
22     Facsimile: (415) 397-6392
    golson@longlevit.com

23 Attorneys for Defendants
    AGCS Marine Insurance Co.

Dated: September 12, 2011

*[signature]*

Michael J. Carcich
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com

Attorneys for Defendants
AGCS Marine Insurance Co.