1  JOSEPH P. MCMONIGLE, State Bar No. 66811
   GLEN R. OLSON, State Bar No. 111914
2  DAVID P. NEMECEK, JR., State Bar No. 194402
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2222
   Facsimile:   (415) 397-6392
5  jmcmonigle@longlevit.com
   golson@longlevit.com
6  dnemecek@longlevit.com

7  JOHN A.V. NICOLETTI
   ROBERT A. NOVAK
8  MICHAEL J. CARCICH
   NICOLETTI, HORNIG & SWEENEY
9  Wall Street Plaza
   88 Pine Street
10 New York, New York 10005-1801
   Telephone: (212) 220-3830
11 Facsimile: (212) 220-3780
   jnicoletti@nicolettihornig.com
12 rnovak@nicolettihornig.com
   mcarcich@nicolettihornig.com
13
   Attorneys for Defendant
14 AGCS MARINE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation, <br><br> Plaintiff, <br><br> v. <br><br> AGCS MARINE INSURANCE CO., an Illinois Corporation, <br><br> Defendant. | Case No. CV 11 2514 EMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF MICHAEL J. CARCICH FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |

Michael J. Carcich, an active member of the Bar of the State of New York, whose

business address and telephone number is:

> Nicoletti, Hornig & Sweeney
> Wall Street Plaza
> 88 Pine St.
> New York, NY 10005-1801
> Telephone: (212) 220-3830
> Facsimile: (212) 220-3780

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45 - Electronic Case Filing.

Dated: 9/23/11

IT IS SO ORDERED
Judge Edward M. Chen

Submitted by:

Dated: September 19, 2011

Glen R. Olson
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
golson@longlevit.com

Attorneys for Defendants
AGCS Marine Insurance Co.

Dated: September 12, 2011

*/s/ Michael J. Carcich*

Michael J. Carcich
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com

Attorneys for Defendants
AGCS Marine Insurance Co.