JOSEPH P. MCMONIGLE, State Bar No. 66811
GLEN R. OLSON, State Bar No. 111914
DAVID P. NEMECEK, JR., State Bar No. 194402
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
jmcmonigle@longlevit.com
golson@longlevit.com
dnemecek@longlevit.com

JOHN A.V. NICOLETTI
ROBERT A. NOVAK
MICHAEL J. CARCICH
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com
rnovak@nicolettihornig.com
mcarcich@nicolettihornig.com

Attorneys for Defendant
AGCS MARINE INSURANCE CO.

RECEIVED 2011 SEP 21 P 1:18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV 11 2514 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ROBERT A. NOVAK FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |

Robert A. Novak, an active member of the Bar of the State of New York, whose business

1 | address and telephone number is:

2 | Nicoletti, Hornig & Sweeney
3 | Wall Street Plaza
    | 88 Pine St.
4 | New York, NY 10005-1801
    | Telephone: (212) 220-3830
5 | Facsimile: (212) 220-3780

6 | Having applied in the above-entitled action for admission to practice in the Northern
7 | District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance
8 | Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3.
9 | All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon
10 | and communication with co-counsel designated in the application will constitute notice to the
11 | party. All future filings in this action are subject to the requirements contained in General Order
12 | No. 45 - Electronic Case Filing.

13 | Dated: 9/23/11
14 |
15 | EDW[ARD]
    | United [States]
16 |
17 | Submitted by:

IT IS SO ORDERED
Judge Edward M. Chen

18 | Dated: September 19, 2011
19 | Glen R. Olson
20 | LONG & LEVIT LLP
    | 465 California Street, 5th Floor
21 | San Francisco, California 94104
    | Telephone: (415) 397-2222
22 | Facsimile: (415) 397-6392
    | golson@longlevit.com
23 | Attorneys for Defendants
24 | AGCS Marine Insurance Co.

25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: September 12th, 2011 | *Robert A. Novak* (signature)<br>Robert A. Novak<br>NICOLETTI, HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br>Telephone: (212) 220-3830<br>Facsimile: (212) 220-3780<br>jnicoletti@nicolettihornig.com<br><br>Attorneys for Defendants<br>AGCS Marine Insurance Co. |