JOSEPH P. MCMONIGLE, State Bar No. 66811
GLEN R. OLSON, State Bar No. 111914
DAVID P. NEMECEK, JR., State Bar No. 194402
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
jmcmonigle@longlevit.com
golson@longlevit.com
dnemecek@longlevit.com

JOHN A.V. NICOLETTI
ROBERT A. NOVAK
MICHAEL J. CARCICH
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York  10005-1801
Telephone:  (212) 220-3830
Facsimile:  (212) 220-3780
jnicoletti@nicolettihornig.com
rnovak@nicolettihornig.com
mcarcich@nicolettihornig.com

Attorneys for Defendant
AGCS MARINE INSURANCE CO.

RECEIVED 2011 SEP 21 P 1: 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No.  CV 11 2514 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ROBERT A. NOVAK FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [L.R. 11-3] |

Robert A. Novak, an active member of the Bar of the State of New York, whose business

1 | address and telephone number is:

2 
3 
4 
5 

      Nicoletti, Hornig & Sweeney
      Wall Street Plaza
      88 Pine St.
      New York, NY  10005-1801
      Telephone:  (212) 220-3830
      Facsimile:   (212) 220-3780

6 | Having applied in the above-entitled action for admission to practice in the Northern
7 | District of California on a *pro hac vice* basis, representing Defendant AGCS Marine Insurance
8 | Co., it is hereby ordered that the application is granted, subject to the terms of Civil L.R. 11-3.
9 | All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon
10 | and communication with co-counsel designated in the application will constitute notice to the
11 | party. All future filings in this action are subject to the requirements contained in General Order
12 | No. 45 - Electronic Case Filing.

13 
14 | Dated: 9/23/11

      EDW[signature/stamp]
      United [States District Judge]

*IT IS SO ORDERED*
Judge Edward M. Chen
[UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA seal]

17 | Submitted by:

18 | Dated: September 19, 2011

19 | Glen R. Olson
20 | LONG & LEVIT LLP
    465 California Street, 5th Floor
21 | San Francisco, California  94104
    Telephone:  (415) 397-2222
    Facsimile:   (415) 397-6392
22 | golson@longlevit.com

23 | Attorneys for Defendants
    AGCS Marine Insurance Co.

Dated: September 12, 2011

Robert A. Novak
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com

Attorneys for Defendants
AGCS Marine Insurance Co.

CV 11 2514 EMC - [PROPOSED] ORDER
GRANTING *PRO HAC VICE* APPLICATION