# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AGCS MARINE INSURANCE,<br><br>Defendant. | Case Number 11-cv-02514 EMC (NC)<br><br>**ORDER RE DISCOVERY DISPUTE** |

This matter was referred to Magistrate Judge Cousins for discovery purposes. Judge Cousins will address the protective order issues raised in docket entries 36, 37 and 38 in a telephonic discovery conference, Friday, January 6, 2012, at 11:00 a.m. The parties should coordinate their participation in the conference with Courtroom Deputy Lili Harrell, 415.522.2039.

IT IS SO ORDERED.

DATED: January 3, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-02514 EMC (NC)
ORDER