UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY ALUMINUM COMPANY, et al.,     No. C11-2514 EMC

        Plaintiffs,

        v.     **ORDER REGARDING MEDIATOR**

AGCS MARINE INSURANCE CO.,

        Defendant.
_____/

    The parties are directed to meet and confer and agree upon a mediator to conduct a mediation not later than February 28, 2012. If the parties cannot agree upon a mediator by January 18, 2012, each shall submit by close of business January 19, 2012 a list of three proposed mediators to the Court with a brief description of their qualifications.

    IT IS SO ORDERED.

Dated: January 13, 2012

_____
EDWARD M. CHEN
United States District Judge