# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGCS MARINE INSURANCE CO., <br><br> Defendant. | Case No. 11-cv-02514 EMC (NC) <br><br> **ORDER RE: DISCOVERY STATUS CONFERENCE** <br><br> Re: Dkt. Nos. 42, 43, 44 |

The parties attended a telephonic discovery conference on January 17, 2012. After considering the representations made by the parties at the conference and the parties' discovery letters, Dkt. Nos. 42, 43, 44, the Court orders the following:

1. Century/Nordural is to provide to AGCSMIC all documents referenced in their January 12 letter brief, Dkt. No. 44, by January 18, 2012.

2. The parties are to meet and confer further to finalize the exact deposition date of witness Virginia Lawson. The Lawson deposition is to occur the week of February 6, 2012.

3. The parties agree to take the deposition of witness Klein (ph). The date of deposition is to be determined after further conferral by the parties.

4. The parties agree to take the deposition of witness Zakaritis (ph). The deposition of witness Zakaritis is to be determined after further conferral by the parties.

Case No. 11-cv-02514 EMC (NC)
Order re: Discovery Conference

1  The parties are ordered to file a brief discovery status report with the Court by
2  January 24, 2012. The status report shall contain the agreed dates for deposition of Ms.
3  Lawson, Mr. Klein, and the Ms. Zakaritis.

6  IT IS SO ORDERED.

8  DATED: January 17, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-02514 EMC (NC)
Order re: Discovery Conference