UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGCS MARINE INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:11-CV-02514 YGR (NC)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE**<br><br>Dkt. Nos. 53 and 54 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has set a telephonic status conference for January 31, 2012, at 11:00 a.m. The parties shall contact Lili Harrell at 415.522.2039 to provide a telephone number and confirm their participation in the conference. Parties to jointly submit a letter brief, not to exceed 5 pages, by January 30, 2012 regarding AGCS objections to (1) Von Briel deposition; and (2) "similar claims" deposition and documents. Deposition of Virginia Lawson to take place February 9, 2012. Deposition of Dan Klein to take place February 13, 2012. Deposition Nancy Zachariades to take place on a date between March 5-9, 2012, on a day to be selected by Century/Nordural.

IT IS SO ORDERED.

DATED: January 25, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 4:11-cv-02514 YGR (NC)
ORDER SETTING TELEPHONIC CONFERENCE