# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., | Case No. 11-cv-02514 YGR (NC) |
| Plaintiffs, | |
| | **ORDER RE: FAILURE TO MEET AND CONFER** |
| v. | |
| AGCS MARINE INSURANCE CO., | Re: Dkt. Nos. 59, 60, 62 |
| Defendant. | |

By dueling letter briefs, the parties have presented a dispute concerning Century Aluminum's responses to interrogatories 8, 10, 12, 14, and 16. The Court is not satisfied that the parties directly met and conferred before presenting these discovery issues. *See* Civil L.R. 1-5(n). Counsel for the parties are therefore ordered to meet and confer with each other *in person* at 8:30 a.m. on February 8 at the U.S. Courthouse, Oakland Division, 4th floor attorney lounge, to discuss the disputed issues. If the conference fails to resolve the disputes, the parties may jointly file a supplemental letter brief by 4:00 p.m. on February 10 that summarizes the remaining disputed issues and each party's efforts at compromise.

Date: February 7, 2012



NATHANAEL M. COUSINS
United States Magistrate Judge