UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGCS MARINE INSURANCE CO., <br><br> Defendant. | Case No. 11-cv-02514 YGR (NC) <br><br> **Order re: (1) von Briel Deposition; and (2) "Other Claims" Discovery** <br><br> Re: Dkt. No. 57 |

The parties participated in a telephonic discovery conference on January 31, 2012, concerning issues presented in a joint discovery letter, Dkt. No. 57. The Court orders as follows:

1. Defendant AGCS objected to the noticed deposition of Ute von Briel, citing the so-called "apex doctrine." Plaintiffs may depose von Briel after completing the depositions of Nancy Zachariades and Dan Klein. The von Briel deposition shall be limited to 3 hours without leave of court. The parties are ordered to meet and confer further concerning the specific time, location, and costs of this deposition.

2. Plaintiffs' discovery requests for "other claims" and "other insured" materials as set forth in the joint discovery letter, Dkt. No. 57 at 3-6, are granted in part, but limited to documents in the custody, possession, and control of AGCS and relating to:

1  (1) ocean marine (not inland) cargo claims that AGCS denied from January 1, 2009 to
2  the present, based on either (a) a conclusion that the packing of the cargo was
3  insufficient to withstand the intended voyage, or (b) sea conditions that AGCS concluded
4  were not so severe to have caused the loss; and (2) ocean marine (not inland) cargo
5  claims that AGCS accepted or paid from January 1, 2009 to the present, involving sea
6  conditions less severe than level 7 on the Beaufort Scale; and (3) ocean marine cargo
7  insurance policies provided by AGCS to ABB Group, and communications between
8  AGCS and ABB Group concerning those policies during the time period January 1,
9  2009, to present.

      3. AGCS is ordered to produce 30(b)(6) deponent(s) as to the "other claims" and "other insured" discovery issues addressed above within 60 days of this Order.

      4. As to the final paragraph of the joint letter brief, the parties are ordered to meet and confer further within the next 7 days concerning the specific claim files that plaintiffs seek.

      IT IS SO ORDERED.

DATED: February 8, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-02514 YGR (NC)
Order re: von Briel Deposition