1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

CENTURY ALUMINUM COMPANY, et al.,

Plaintiffs,

v.

AGCS MARINE INSURANCE CO.,

Defendant.

Case No. 11-cv-02514 YGR (NC)

**ORDER DENYING MOTION TO COMPEL**

Re: Dkt. No. 66

The parties submitted a joint supplemental letter brief concerning their continued dispute as to Century Aluminum's responses to interrogatories Nos. 8, 14, and 16.  Dkt. No. 66.  Since filing their initial letter briefs, Dkt. Nos. 59, 60, and 62, and addressing the Court's order regarding meet and confer requirements, Dkt. No. 63, the parties have now resolved their differences as to interrogatories Nos. 10 and 12.

Regarding Century's responses to interrogatory No. 8, AGCS's motion to compel further responses is DENIED.  To the extent AGCS wishes to discover "side agreements for discounts off of invoices for other repairs," Dkt. No. 66 at 2, it may do so in a separate interrogatory or by deposition.  This topic was not specified in interrogatory No. 8.

AGCS's motion to compel further responses to interrogatories Nos. 14 and 16 is also DENIED.  Century's production and identification of 30,000 responsive documents,

1  considered in the context of other discovery produced by Century, was sufficient under

2  Federal Rule of Civil Procedure 33(d)(1).

3       IT IS SO ORDERED.

4

5  DATED: February 24, 2012

6

7  _____
   NATHANAEL M. COUSINS
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28