# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., Plaintiffs, v. AGCS MARINE INSURANCE CO., Defendant. | Case No. 11-cv-02514 YGR (NC)<br><br>**ORDER RE: LETTER BRIEF ABOUT VON BRIEL DEPOSITION**<br><br>Re: Dkt. No. 81 |

The Court responds to the discovery letter brief filed today concerning the deposition length for AGCS witness Ute von Briel. This letter begins with "We" but was signed only by counsel for plaintiffs. The Court is therefore uncertain if the letter is intended as a joint submission, which is what the Court expects concerning a discovery dispute of this magnitude. *See* Civil Standing Order of Magistrate Judge Cousins, available at http://cand.uscourts.gov/nmcorders.

The question presented is whether the von Briel deposition should be limited to 5.5 hours (Century's proposed compromise) or 4.5 hours (AGCS's proposed compromise). The Court does not need further briefing on this topic, as it already conducted a telephonic hearing concerning the von Briel deposition and other discovery disputes in this case.

DISCOVERY ORDER
Case No. 11-cv-02514 YGR (NC)

Accordingly, if the parties are unable to reach a compromise between 4.5 hours and 5.5 hours for the von Briel deposition, the Court will hold a hearing on Thursday March 15 at 9:30 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. The motion will be called at the end of the criminal calendar. Telephonic appearances will not be permitted.

Date: March 12, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

DISCOVERY ORDER
Case No. 11-cv-02514 YGR (NC)                    2