1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

**SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., | Case No. 11-cv-02514 YGR (NC) |
| Plaintiffs, | |
| | **ORDER RE: LETTER BRIEF ABOUT VON BRIEL DEPOSITION** |
| v. | |
| AGCS MARINE INSURANCE CO., | Re: Dkt. No. 81 |
| Defendant. | |

10
11
12
13
14
15
16
17
18

The Court responds to the discovery letter brief filed today concerning the

19

deposition length for AGCS witness Ute von Briel. This letter begins with "We" but

20

was signed only by counsel for plaintiffs. The Court is therefore uncertain if the letter is

21

intended as a joint submission, which is what the Court expects concerning a discovery

22

dispute of this magnitude. *See* Civil Standing Order of Magistrate Judge Cousins,

23

available at http://cand.uscourts.gov/nmcorders.

24

The question presented is whether the von Briel deposition should be limited to

25

5.5 hours (Century's proposed compromise) or 4.5 hours (AGCS's proposed

26

compromise). The Court does not need further briefing on this topic, as it already

27

conducted a telephonic hearing concerning the von Briel deposition and other discovery

28

disputes in this case.

1    Accordingly, if the parties are unable to reach a compromise between 4.5 hours

2  and 5.5 hours for the von Briel deposition, the Court will hold a hearing on Thursday

3  March 15 at 9:30 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San

4  Francisco.  The motion will be called at the end of the criminal calendar.  Telephonic

5  appearances will not be permitted.

6    Date: March 12, 2012

7

8  

9  NATHANAEL M. COUSINS
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28