UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGCS MARINE INSURANCE CO., <br><br> Defendant. | Case No. 11-cv-02514 YGR (NC) <br><br> **ORDER RE: (1) FURTHER ZACHARIADES DEPOSITION; AND (2) FURTHER "BECHTEL CLAIM" DISCOVERY** <br><br> Re: Dkt. No. 96 |

This Order addresses two disputed discovery issues raised in a joint letter brief filed May 1, 2012.

1. Century seeks a further deposition of claims handler Nancy Zachariades. The basis of the request is that Zachariades did not bring original documents to her deposition and certain of the document copies produced by AGCS and used during the deposition had illegibly faint handwriting. Century ended the first deposition after six hours of examination. AGCS says that it has subsequently produced improved copies of the documents to Century and offers to continue the deposition. *See* Dkt. No. 96 at 2.

The Court orders as follows: Century may resume the deposition of Zachariades. The continued deposition is limited to 90 minutes and is not limited in subject matter. Zachariades must bring her two original "accordion-files" of documents to the

1  deposition. The parties shall confer and agree on the date and location of the deposition.
2  The deposition shall take place in the next 30 days. This time period may not be
3  extended without leave of Court.

4      2.    Century also seeks to compel responses to two interrogatories asking
5  AGCS (i) to identify "every action taken by AGCS Insurance Company to ascertain
6  information concerning" the so-called "Bechtel Claim" and (ii) to identify each person
7  that AGCS has "asked for any information" about the Bechtel Claim. The Court finds
8  that these interrogatories are targeting AGCS counsel's investigation of this case and
9  counsel's response to earlier discovery requests. According to AGCS, the "Bechtel
10 Claim" file has been produced. Dkt. No. 96 at 5. Further discovery on this topic is thus
11 cumulative and is not reasonably calculated to lead to the discovery of admissible
12 evidence. Century's request is denied.

13     Each side shall pay its own costs and expenses relating to this discovery dispute
14 and to the continued deposition of Zachariades. Century's request for sanctions is
15 denied.

16     IT IS SO ORDERED.

17

18 DATED: May 3, 2012
19
20                               NATHANAEL M. COUSINS
                              United States Magistrate Judge