UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM CO., et al., | Case No. 11-cv-02514-YGR |
| Plaintiffs, | **ORDER REGARDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| AGCS MARINE INSURANCE CO., | |
| Defendant. | |

In light of Judge Cousins's ruling regarding additional depositions, the Court sets the following briefing schedule for the parties' anticipated cross-motions for summary judgment:

- Defendants' Motion:                July 17, 2012
- Plaintiff's Opposition and Cross-Motion:    July 31, 2012
- Defendants' Reply:                 August 14, 2012
- Hearing:                         August 28, 2012 at 2:00 p.m.

Pursuant to the Court's Standing Order in Civil Cases, the Court may, *sua sponte* or pursuant to a motion under Civ. L.R. 6-3, reschedule the hearing so as to allow for a reply to the Cross-Motion.

The parties shall refer to the Minute Entry at Dkt. No. 110 regarding permitted page extensions, meet and confer requirements, and other procedural issues. The parties are advised to check the Court's website for the most updated version of the Court's Standing Order in Civil Cases with respect to summary judgment procedures.

**IT IS SO ORDERED.**

Dated: June 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**