# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGCS MARINE INSURANCE CO.,<br><br>Defendant. | Case No. 11-cv-02514 EMC (NC)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 180 |

This order responds to the joint letter brief submitted on August 10 concerning Allianz's responses to Century's Third Set of Interrogatories and Third and Fourth Requests for Production of Documents. Dkt. No. 180. The Court will address the issues raised in this letter brief at the discovery hearing previously scheduled for August 22. The Court notes, however, that the parties have presented no evidence that they have attempted to work out a compromise on the many issues raised. Neither party has presented a proposed solution. Accordingly, the hearing will begin at 2:00 p.m. with counsel meeting and conferring with each other about the disputed issues. The Magistrate Judge will join the hearing once counsel have exhausted their efforts at problem solving.

IT IS SO ORDERED.

DATED: August 21, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-02514 YGR (NC)
Order re: Discovery Dispute