UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGCS MARINE INSURANCE CO., <br><br> Defendant. | Case No. 11-cv-02514 YGR (NC) <br><br> **ORDER MODIFYING AUGUST 28, 2012, ORDER RE: COMPELLED PRODUCTION OF WEATHER DOCUMENTS** <br><br> Re: Dkt. No. 209 |

This order responds to AGCS's request that the Court modify its August 28, 2012, order requiring it to produce communications with Geoff Robb concerning defendants' weather investigation. Doc. No. 209. At a discovery status conference on September 5, 2012, AGCS asked for permission to redact allegedly privileged portions of documents that the Court ordered AGCS to produce. The Court granted AGCS leave to submit in camera documents that it proposed to redact *See* Order, Doc. No. 219. On September 6, AGCS submitted the redactions, along with an additional letter brief.[1]

---

[1] It appears that AGCS served the September 6 brief on counsel for plaintiff, but the brief was not filed. Counsel for AGCS is ordered to e-file the September 6 letter brief (without the attachments) by September 17, 2012.

Case No. 11-cv-02514 YGR (NC)
ORDER MODIFYING ORDER TO COMPEL

1  The Court has now reviewed all the documents identified by AGCS in the second
2  paragraph of its September 6 letter brief.  The Court agrees with AGCS that as to these
3  particular documents, the August 28 order should be modified so that AGCS may redact
4  portions of the documents that do not relate to the weather.  Accordingly, AGCS may
5  redact documents (GR prefix) 02965, 03012-14, and 03191-93, in the way submitted to
6  the Court.  In addition, AGCS does not need to produce any of documents GR 02890-92,
7  as they do not appear to relate to the weather.

The remainder of the Court's August 28 order remains unchanged.[2]

IT IS SO ORDERED.

DATED: September 13, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

---

[2] AGCS objected to the August 28 order.  That objection is pending before District Court Judge Gonzalez Rogers.  Doc. No. 226, filed Sept. 10, 2012.  Later, AGCS filed a unilateral letter brief asking this Court to modify the August 28 order, and/or to stay the order pending the District Court's review.  Doc. No. 231, filed Sept. 11, 2012.  The Court will address that letter in a separate order.