UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM CO., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AGCS MARINE INSURANCE CO.,<br><br>　　　　　Defendant. | Case No. 11-cv-02514-YGR<br><br>**ORDER DENYING MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE** |

Defendant AGCS Marine Insurance Company ("AGCS") has filed three Motions for Relief from Nondispositive Pretrial Orders of Magistrate Judge Cousins (Dkt. Nos. 220, 226 & 236), relating to Orders dated: (i) August 23, 2012 (Dkt. No. 206) as clarified on September 5, 2012 (Dkt. No. 219); (ii) August 28, 2012 (Dkt. No. 209) as modified on September 13, 2012 (Dkt. No. 234); and August 30, 2012 (Dkt. No. 216).

The Court, having considered the papers filed in support of these Motions (Dkt. Nos. 220–224, 226–229 & 236–238), and other filings in the record (Dkt. Nos. 209–210, 214–216, 219, 234), including the transcript of the hearing on August 22, 2012, **HEREBY DENIES** each of AGCS's three Motions for Relief.

With respect to the consideration of each of these matters, the Court finds that Magistrate Judge Cousins has reviewed and analyzed the parties' positions thoroughly, provided more than adequate opportunities for written and oral argument, and evaluated, in conscientious detail, the claims of privilege, burden, and access to additional discovery raised by the parties. AGCS has not persuaded the Court that any legal or equitable reason exists to provide the substantive requested relief.

With respect to Judge Cousins Order dated August 23, 2012 (Dkt. No. 206), AGCS requests relief not specifically addressed in the Order, namely, a provision for notification to non-

parties. In addition, compliance with each of the Orders is now past due. The Court has reviewed the Joint Discovery Status Report filed on September 17, 2012. (Dkt. No. 240.) As the parties have met and conferred on the issue of AGCS's timing for compliance, and are scheduled to meet with Judge Cousins on September 19, 2012, the Court declines from ruling on issues of timing for compliance and refers AGCS back to Judge Cousins to address in the first instance the issue of notification to non-parties.

This Order terminates Dkt. Nos. 220, 226 & 236.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**