| | |
|---|---|
| Martin H. Myers (State Bar No. 130218)<br>mhmyers@jonesday.com<br>Amanda L. Schapel (State Bar No. 271295)<br>aschapel@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br><br>Attorneys for Plaintiffs<br>CENTURY ALUMINUM COMPANY<br>and NORDURAL EHF | JOSEPH P. MCMONIGLE, Bar No. 66811<br>GLEN R. OLSON (State Bar No. 111914)<br>LONG & LEVIT LLP<br>465 California Street, 5th Floor<br>San Francisco, California 94104<br>jmcmonigle@longlevit.com<br>golson@longlevit.com<br>Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392<br><br>JOHN A.V. NICOLETTI (admitted *pro hac vice*)<br>ROBERT A. NOVAK (admitted *pro hac vice*)<br>MICHAEL J. CARCICH (admitted *pro hac vice*)<br>NICOLETTI, HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br>Telephone: (212) 220-3830<br>Facsimile: (212) 220-3780<br>jnicoletti@nicolettihornig.com<br>rnovak@nicolettihornig.com<br>mcarcich@nicolettihornig.com<br><br>Attorneys for Defendant<br>AGCS MARINE INSURANCE CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV-11-2514 YGR (NC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |

IT IS HEREBY STIPUATED AND AGREED, by and between all parties to this action through undersigned counsel, that pursuant to Fed.R.Civ.Proc 41(a)(1) Plaintiffs Century Aluminum Company and Nordural ehf hereby dismiss with prejudice this action and all claims asserted by Plaintiffs and/or either of the Plaintiffs in this action against Defendant AGCS Marine

DOCS\S0138-781\621174.1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  Insurance Company with each party to bear its own costs and fees, including, without limitation,
2  attorney's fees.

4  Dated: September 28, 2012     JONES DAY

6                 By: /s/ Martin H. Myers
                 MARTIN H. MYERS
7                   Attorneys for Plaintiffs
                 CENTURY ALUMINUM COMPANY;
8                   NORDURAL EHF

9  Dated: September 28, 2012     LONG & LEVIT LLP

12                By: /s/ Glen R. Olson
                 GLEN R. OLSON
                 Attorneys for Defendant
13                  AGCS MARINE INSURANCE
                 COMPANY

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

October 2, 2012

DOCS\S0138-781\621174.1      - 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE