Martin H. Myers (State Bar No. 130218)
mhmyers@jonesday.com
Amanda L. Schapel (State Bar No. 271295)
aschapel@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiffs
CENTURY ALUMINUM COMPANY
and NORDURAL EHF

JOSEPH P. MCMONIGLE, Bar No. 66811
GLEN R. OLSON (State Bar No. 111914)
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
jmcmonigle@longlevit.com
golson@longlevit.com
Telephone: (415) 397-2222
Facsimile: (415) 397-6392

JOHN A.V. NICOLETTI (admitted *pro hac vice*)
ROBERT A. NOVAK (admitted *pro hac vice*)
MICHAEL J. CARCICH (admitted *pro hac vice*)
NICOLETTI, HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780
jnicoletti@nicolettihornig.com
rnovak@nicolettihornig.com
mcarcich@nicolettihornig.com

Attorneys for Defendant
AGCS MARINE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM COMPANY, a Delaware Corporation; NORDURAL EHF, an Icelandic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV-11-2514 YGR (NC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |

IT IS HEREBY STIPUATED AND AGREED, by and between all parties to this action through undersigned counsel, that pursuant to Fed.R.Civ.Proc 41(a)(1) Plaintiffs Century Aluminum Company and Nordural ehf hereby dismiss with prejudice this action and all claims asserted by Plaintiffs and/or either of the Plaintiffs in this action against Defendant AGCS Marine

DOCS\S0138-781\621174.1

1 Insurance Company with each party to bear its own costs and fees, including, without limitation,
2 attorney's fees.

Dated: September 28, 2012                               JONES DAY

                                                        By:   /s/  Martin H. Myers
                                                            MARTIN H. MYERS
                                                            Attorneys for Plaintiffs
                                                            CENTURY ALUMINUM COMPANY;
                                                            NORDURAL EHF

Dated: September 28, 2012                               LONG & LEVIT LLP


                                                        By:   /s/  Glen R. Olson
                                                            GLEN R. OLSON
                                                            Attorneys for Defendant
                                                            AGCS MARINE INSURANCE
                                                            COMPANY

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

October 2, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S0138-781\621174.1                  - 2 -
                     STIPULATION OF DISMISSAL WITH PREJUDICE